WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Cindy Karina Morales,

    Defendant.

No. CR-13-01692-01-PHX-SPL

**ORDER OF DETENTION**

A detention hearing on the Petition on Supervised Release was submitted on June 15, 2017 and a preliminary revocation hearing was waived on June 9, 2017.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

The Court Further Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 15th day of June, 2017.

Honorable John Z. Boyle
United States Magistrate Judge